**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Western Division**

Carol Kathrein
Plaintiff,
v.
Arcadia Consumer Healthcare, Inc.
Defendant.

Case No.: 3:26−cv−50217
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 3, 2026:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion [20] is granted. Date for submission of the Report of Planning Meeting is set for two weeks after the court rules on Defendant's pending motion to transfer or stay. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.