**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Western Division**

Carol Kathrein

Plaintiff,

v.

Case No.: 3:26−cv−50217
Honorable Rebecca R. Pallmeyer

Arcadia Consumer Healthcare, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 13, 2026:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Video hearing conducted on Defendant's motion for transfer or stay [11]. For reasons stated on the record, the motion is granted. In the case before this court, Plaintiff has proposed a class of Illinois purchasers of Defendant's Fungi−Nail product. Every member of the proposed class is also a member of the nationwide class proposed in the Second Amended Complaint filed against Defendant in the Central District of California. Plaintiff's counsel, who filed the California action more than a year ago, asserts he will not seek certification of a nationwide class, but allegations on behalf of such a class do appear in the complaint filed in federal court in California and have not been amended or withdrawn. The motion [11] is granted in that this case is stayed pending a ruling on a Rule 23(f) motion in California. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.